1 **MICHELLE BETANCOURT**
California State Bar No. 215035
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile:  (619) 687-2666
michelle_betancourt@fd.org
5

6 Attorneys for Mr. Montalvo-Alvarez

7

8                          UNITED STATES DISTRICT COURT

9                   FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 08mj1875 |
| | ) | |
| 12          Plaintiff, | ) | |
| | ) | |
| 13 v. | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| 14 **JOSE MONTALVO-ALVAREZ,** | ) | |
| | ) | |
| 15          Defendant. | ) | |
| 16 | ) | |

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record

in the above-captioned case.

19

                                         Respectfully submitted,
20
Dated: June 24, 2008                      s/ *Michelle Betancourt*
21                                        **MICHELLE BETANCOURT**
                                         Federal Defenders of San Diego, Inc.
22                                        Attorneys for Defendant
                                         michelle_betancourt@fd.org
23

24

25

26

27

28

1 **MICHELLE BETANCOURT**
California State Bar No. 215035
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
michelle_betancourt@fd.org
5

6 Attorneys for Mr. Montalvo-Alvarez

7

8                          UNITED STATES DISTRICT COURT

9                         SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                )    Case No. 08mj1875
                                            )
12              Plaintiff,                   )
                                            )
13 v.                                        )    PROOF OF SERVICE
                                            )
14 **JOSE MONTALVO-ALVAREZ**,                )
                                            )
15              Defendant.                   )
                                            )
16

17          Counsel for Defendant certifies that the foregoing pleading is true and accurate to the

18 best of her information and belief, and that a copy of the foregoing document has been served via

19 CM/ECF this day upon:

20          Assistant United States Attorney
            efile.dkt.gc1@usdoj.gov
21

22 Dated: June 24, 2008              _s/ Michelle Betancourt_____
                                     MICHELLE BETANCOURT
23                                   Federal Defenders
                                     225 Broadway, Suite 900
24                                   San Diego, CA 92101-5030
                                     (619) 234-8467  (tel)
25                                   (619) 687-2666  (fax)
                                     e-mail: michelle_betancourt@fd.org
26

27

28